# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>MATTHEW BROWNDORF,<br><br>          Defendant. | Case No. 22-CR-252-JPS<br><br>**ORDER** |

  On December 6, 2022, the Government filed an eleven-count Indictment charging Defendant with violations of 26 U.S.C. § 7202 and 18 U.S.C. §§ 664 and 669. ECF No. 1. On June 6, 2023, the parties filed a plea agreement, indicating Defendant intended to plead guilty to Count Nine of the Indictment. ECF No. 15. The plea agreement further indicated that the Government would move to dismiss the remaining counts in the Indictment at the time of sentencing. *Id.* at 2.

  The parties appeared before Magistrate Judge William E. Duffin on July 13, 2023 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 16. Defendant entered a plea of guilty as to Count Nine of the Indictment. *Id.* at 1. After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Duffin determined that the guilty plea was knowing and voluntary, and that the offense charged is supported by an independent factual basis containing each of the essential elements of the offense. *Id.*

The same day, Magistrate Judge Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 17. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Judge Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation, ECF No. 17, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 31st day of July, 2023.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge