

**BRIAN T. FAHL**
btf@kravitlaw.com

November 29, 2023

<u>**Via Electronic Filing**</u>

Honorable J.P. Stadtmueller
Eastern District of Wisconsin
517 E. Wisconsin Ave. Room 425
Milwaukee, WI 53202

   Re: *USA v. Browndorf*
     *Case No. 22-CR-252*

Dear Judge Stadtmueller:

  Today I received a letter addressed to Matthew Browndorf from Carol Joyce of Authentic Vision Consulting related to Mr. Browndorf's reality television series. As this letter may impact the Court's decision regarding sentencing and restitution, I submit it for your review prior to sentencing.

  Please contact me if you have any questions or concerns.

     Very truly yours,

     *s/ Brian T. Fahl*

     Brian T. Fahl

BTF:lrg

Attachment



**Authentic Vision Consulting, Inc.**

1621 Central Ave,
Cheyenne, WY 82001-3163
(805) - 407 - 2478

Date: November 27th, 2023

RE: Matthew Browndorf, Matthew Browndorf Living Trust

It is with great pleasure that we confirm your engagement with Authentic Vision Consulting, Inc for the Production and Marketing of House of Browndorf (The Realty Show) and its accompanying media related programs including Real Talk and book rights belonging to host Matthew Charles Browndorf.
We have received your self-production of Real Talk that began in February 2022 and created over eleven (11) episodes of "B" roll and two (2) episodes of "in the caa" "A" rolls which was originally planned for the 7:30 AM Pacific-Nationwide slot on Bravo TV, we understand that due to certain life events surrounding the Browndorf family and its host and celebrity guests that the viability of in house production was financially declared unfeasible by the Board, CEO and Shareholders in July 2023.

We are glad that you chose Authentic Vision Consulting, Inc to complete the filming, production and marketing, distribution of this exciting show and much needed mental health and trauma healing message being delivered to viewers.

We are very impressed with the content and real media platforms, House of Browndorf and Real Talk have created to date and we are confident, based on preliminary interest that the show will be placed in short order.
You have asked us to provide certain general economic advantages to the hosts and share holders as it relates to restitution payments available to Matthew Browndorf for his Wisconsin charges. As is customary with the successful launch of this type of project and without stating more than is practicable, we are of high confidence that if filming commences in January and continues through June 2024; therefore subject to long form contract, an estimated minimum distribution amount of $400,000.00 that you requested in 2024 with a subsequent payment of $450,000.00 within eighteen(18) months is a reasonable expectation especially in light of all the work already put into the project.
Paramount to this expectation is Matthew Browndorf's ability to be on site for filming in both Newport Beach and at the residences in New Jersey and New York.

We are hopeful that Matthew is able to arrange some form of release condition sufficient to insure his ability to film on location and we look forward to working on this exciting project with everyone associated with House of Browndorf including Matthew, Emma, Jayden, James, Ruben, Charles and all the Celebrity Guests and attached Managers and Production and Post Production.

Sincerely

*Carole Joyce*
Carole Joyce
CEO